```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00564
   HECTOR ROBERTO SANCHEZ
   TESHA RANA TAYLOR                          CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-8421     SSN XXX-XX-5361


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/12/07 .

     2.  The case was converted to Chapter 7 without confirmation, 03/26/2007.

     3.  The Debtor paid a total of $    375.00 .
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICA CASH ADVANCE CEN | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | NOT FILED | .00 | .00 |
| CBC NATIONAL COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CBC NATIONAL COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CMI | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DOCTOR | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| GOYKE HEALTH CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
INSIGHT COMMUNICATIONS     UNSECURED       NOT FILED              .00          .00
MACYS                      UNSECURED       NOT FILED              .00          .00
MCM                        UNSECURED       NOT FILED              .00          .00
NCO FINANCIAL              UNSECURED       NOT FILED              .00          .00
NORTH AMERICAN CREDIT SV   UNSECURED       NOT FILED              .00          .00
PROVIDIAN NATIONAL BANK    UNSECURED       NOT FILED              .00          .00
QUAD CORPORATION           UNSECURED       NOT FILED              .00          .00
RETAILERS NATL BANK        UNSECURED       NOT FILED              .00          .00
RJM ACQUISITIONS LLC       UNSECURED       NOT FILED              .00          .00
SCOTTS LAWN SERVICE        UNSECURED       NOT FILED              .00          .00
ST ANNS HOSPITAL           UNSECURED       NOT FILED              .00          .00
TRINITY MEDICAL CENTER     UNSECURED       NOT FILED              .00          .00
WESTERN FUNDING INC        UNSECURED       NOT FILED              .00          .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID     | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID         | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, R DANIEL LYONS & ASSOC      , was allowed $      .00 and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $   375.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 06/27/07              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                            PAGE   3
   CASE NO. 07 B 00564 HECTOR ROBERTO SANCHEZ & TESHA RANA TAYLOR
```